FILED

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

2026 MAR -4  AM 10: 04

U.S. BANKRUPTCY COU...
RICHMOND DIVISION

In re

Robert E. Ellis

Case No.

Chapter

Chapter 13

Debtor(s)

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the master mailing list of creditors submitted by a typed hard copy in scannable format is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Master mailing list of creditors submitted via:

_____
Debtor

_____
Joint Debtor

Date: 03/04/2026

*[Check if applicable]* _____ Creditor(s) with foreign addresses.

[cscredit ver. 7/2025]

SELECT PORTFOLIO SERVICING

P.O. BOX 65250

SALT LAKE CITY, UT 84165